Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 25−11600−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joe A. Colon
   12 Elmwood Avenue
   Belleville, NJ 07109

Social Security No.:
   xxx−xx−6395

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on May 15, 2025.

Dated: May 15, 2025
JAN: ntp

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-11600-SLM |
| Joe A. Colon | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: May 15, 2025 | Form ID: plncf13 | Total Noticed: 37 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joe A. Colon, 12 Elmwood Avenue, Belleville, NJ 07109-2307 |
| 520555252 | | Thomas M. Murtha, Esq., Port Rec Ass., 140 Corp. Blvd., Norfolk, VA 23502 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 15 2025 21:08:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 15 2025 21:08:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520555222 | + | Email/Text: BankruptcyNotices@aafes.com | May 15 2025 21:07:00 | AAFES, ATTN: BANKRUPTCY, PO BOX 650060, DALLAS, TX 75265-0060 |
| 520555223 | + | Email/PDF: bncnotices@becket-lee.com | May 15 2025 21:23:42 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 520596551 | | Email/PDF: bncnotices@becket-lee.com | May 15 2025 21:10:51 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520555225 | ^ | MEBN | May 15 2025 21:01:27 | Apothaker Scian, P.C., 520 Fellowship Road, Suite C306, Mount Laurel, NJ 08054-3410 |
| 520555226 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 15 2025 21:06:00 | BANK OF AMERICA, ATTN: BANKRUPTCY, 4909 SAVARESE CIRCLE, TAMPA, FL 33634-2413 |
| 520555228 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 15 2025 21:08:00 | BARCLAYS BANK DELAWARE, ATTN: BANKRUPTCY, 125 SOUTH WEST ST, WILMINGTON, DE 19801-5014 |
| 520555229 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 15 2025 21:10:02 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 520555230 | + | Email/Text: bankruptcy@cavps.com | May 15 2025 21:09:00 | CAVALRY PORTFOLIO SERVICES, ATTN: BANKRUPTCY, 500 SUMMIT LAKE DRIVE, SUITE 400, VAHALLA, NY 10595-2321 |
| 520555231 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 15 2025 21:23:34 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, P.O. 15298, WILMINGTON, DE 19850-5298 |
| 520555233 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 15 2025 21:10:56 | CITIBANK, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 520555234 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 15 2025 21:23:46 | CITIBANK/SEARS, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |

Case 25-11600-SLM    Doc 20    Filed 05/17/25    Entered 05/18/25 00:16:25    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 15, 2025 | Form ID: plncf13 | Total Noticed: 37 |

| Recipient # | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 520555235 | + | Email/PDF: Citi.BNC.Correspondence@citi.com May 15 2025 21:10:56 | | CITIBANK/THE HOME DEPOT, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 520555236 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 15 2025 21:08:00 | | COMENITY BANK/VICTORIA SECRET, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 520555237 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 15 2025 21:08:00 | | COMENITY BANK/WAYFAIR, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 520563058 | + | Email/Text: bankruptcy@cavps.com May 15 2025 21:09:00 | | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 520555238 | + | Email/Text: mrdiscen@discover.com May 15 2025 21:06:00 | | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 520555242 | | Email/PDF: Citi.BNC.Correspondence@citi.com May 15 2025 21:23:32 | | MACYS/FDSB, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| 520555239 | + | Email/Text: nsm_bk_notices@mrcooper.com May 15 2025 21:07:00 | | FLAGSTAR BANK, ATTN: BANKRUPTCY, 5151 CORPORATE DRIVE, TROY, MI 48098-2639 |
| 520607624 | + | Email/Text: nsm_bk_notices@mrcooper.com May 15 2025 21:07:00 | | Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520555240 | ^ | MEBN May 15 2025 21:01:57 | | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520555241 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com May 15 2025 21:23:34 | | KOHLS/CAPITAL ONE, ATTN: CREDIT ADMINISTRATOR, PO BOX 3043, MILWAUKEE, WI 53201-3043 |
| 520555243 | + | Email/Text: bankruptcydpt@mcmcg.com May 15 2025 21:08:00 | | MIDLAND FUNDING/MIDLAND CREDIT MGMT, ATTN: BANKRUPTCY, PO BOX 939069, SAN DIEGO, CA 92193-9069 |
| 520627720 | + | Email/Text: bankruptcydpt@mcmcg.com May 15 2025 21:08:00 | | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520555244 | + | Email/Text: Bankruptcy@mjrf.com May 15 2025 21:07:00 | | Mullolly, Jeffrey, Rooney & Flynn LLP, 6851 Jericho Tpke, Suite 220, Syosset, NY 11791-4449 |
| 520555246 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 15 2025 21:23:34 | | PORTFOLIO RECOVERY ASSOCIATES, LLC, ATTN: BANKRUPTCY, 120 CORPORATE BOULEVARD, NORFOLK, VA 23502 |
| 520612018 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 15 2025 21:10:21 | | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520555247 | | Email/Text: signed.order@pfwattorneys.com May 15 2025 21:06:00 | | Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 520555248 | + | Email/PDF: ais.sync.ebn@aisinfo.com May 15 2025 21:10:28 | | SYNCHRONY BANK/AMAZON, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 520555249 | + | Email/PDF: ais.sync.ebn@aisinfo.com May 15 2025 21:10:50 | | SYNCHRONY BANK/JEWLERY EXPRESS, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 520555250 | + | Email/PDF: ais.sync.ebn@aisinfo.com May 15 2025 21:23:38 | | SYNCHRONY BANK/LOWES, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 520555251 | + | Email/Text: bncmail@w-legal.com May 15 2025 21:08:00 | | TARGET NB, C/O FINANCIAL & RETAIL SERVICES, MAILSTOP BT PO BOX 9475, MINNEAPOLIS, MN 55440-9475 |
| 520555253 | + | Email/Text: bkelectronicnotices@usaa.com May 15 2025 21:06:00 | | USAA FEDERAL SAVINGS BANK, ATTN: BANKRUPTCY, 9800 FREDERICKSBURG ROAD, SAN ANTONIO, TX 78288-0002 |

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 15, 2025 | Form ID: plncf13 | Total Noticed: 37 |

| 520555255 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 15 2025 21:10:42 | WALMART CREDIT SERVICES/CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |

TOTAL: 35

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520555224 | *+ | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 520555227 | *+ | BANK OF AMERICA, ATTN: BANKRUPTCY, 4909 SAVARESE CIRCLE, TAMPA, FL 33634-2413 |
| 520555232 | *+ | CHASE CARD SERVICES, ATTN: BANKRUPTCY, P.O. 15298, WILMINGTON, DE 19850-5298 |
| 520555245 | *+ | Mullolly, Jeffrey, Rooney & Flynn LLP, 6851 Jericho Tpke, Suite 220, Syosset, NY 11791-4449 |
| 520555254 | *+ | USAA FEDERAL SAVINGS BANK, ATTN: BANKRUPTCY, 9800 FREDERICKSBURG ROAD, SAN ANTONIO, TX 78288-0002 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2025       Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Flagstar Bank NA dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Joe A. Colon ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4