RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

Re:   JOE A. COLON
      12 ELMWOOD AVENUE
      BELLEVILLE,  NJ  07109

Atty:   RUSSELL L LOW ESQ
        LOW & LOW ESQS
        505 MAIN STREET, SUITE 304
        HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026
Chapter 13 Case # 25-11600

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $18,000.00**

## RECEIPTS AS OF 01/15/2026    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 03/06/2025 | $500.00 | | 04/07/2025 | $500.00 | |
| 05/06/2025 | $500.00 | | 06/11/2025 | $500.00 | |
| 07/10/2025 | $500.00 | | 08/12/2025 | $500.00 | |
| 09/10/2025 | $500.00 | | 10/08/2025 | $500.00 | |
| 11/10/2025 | $500.00 | | 12/10/2025 | $500.00 | |
| 01/13/2026 | $500.00 | | | | |

**Total Receipts: $5,500.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan:  $5,500.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026    (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 305.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,000.00 | 100.00% | 2,000.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AAFES | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 1,183.36 | * | 0.00 | |
| 0004 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 11,225.73 | * | 0.00 | |
| 0006 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | CAVALRY PORTFOLIO SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | CITIBANK | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | CITIBANK/SEARS | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | CAVALRY SPV I LLC | UNSECURED | 1,756.70 | * | 0.00 | |

**Chapter 13 Case # 25-11600**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---------|---------------|-------|---------------|--------------------|------|------------------|
| 0012 | COMENITY BANK/VICTORIA SECRET | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | COMENITY BANK/WAYFAIR | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | DISCOVER FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | MR. COOPER | (NEW) Prepetition / | 0.00 | 100.00% | 0.00 | |
| 0017 | KOHLS/CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | MACYS/FDSB | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 2,400.51 | * | 0.00 | |
| 0021 | PORTFOLIO RECOVERY ASSOCIATES, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | SYNCHRONY BANK/AMAZON | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | SYNCHRONY BANK/JEWLERY EXPRESS | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | SYNCHRONY BANK/LOWES | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | TARGET NB | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | USAA FEDERAL SAVINGS BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | WALMART CREDIT SERVICES/CAPITAL O | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | AMEX | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | USAA FEDERAL SAVINGS BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0036 | CAVALRY SPV I LLC | UNSECURED | 9,737.54 | * | 0.00 | |
| 0037 | NEW JERSEY TURNPIKE AUTHORITY | UNSECURED | 267.05 | * | 0.00 | |

**Total Paid:  $2,305.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $5,500.00        -    Paid to Claims: $0.00        -    Admin Costs Paid: $2,305.00    =    Funds on Hand: $3,195.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.