

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Marie-Ann Greenberg, MAG-1284
**Marie-Ann Greenberg, Standing Trustee**
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
**Chapter 13 Standing Trustee**

**Order Filed on April 10, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

IN RE:

JOE A. COLON

**Case No.:  25-11600 SLM**

**Hearing Date:  4/8/2026**

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: April 10, 2026**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):  JOE A. COLON

Case No.:  25-11600

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

 THIS MATTER having come before the Court on 04/08/2026 on notice to RUSSELL L LOW ESQ,

and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file a Motion to Approve Final Loan Modification by 4/22/2026 or the case will be dismissed upon the Trustee submitting a dismissal order without any further hearings or notice to Debtor(s) or Debtor's Attorney; and it is further

- ORDERED, that the Debtor(s) must file a modified plan and amended Schedule J by 4/22/2026 or the case will be dismissed upon the Trustee submitting a dismissal order without any further hearings or notice to Debtor(s) or Debtor's Attorney.