Form 185 − ntc13plnafter

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  25−11600−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joe A. Colon
12 Elmwood Avenue
Belleville, NJ 07109

Social Security No.:
xxx−xx−6395

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 17, 2025.

On 4/22/26 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:               May 27, 2026
Time:                08:30 AM
Location:           Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A,
Newark, NJ 07102

Accordingly, notice is hereby given that,

1.  Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
    a written rejection to the modified plan.

2.  Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
    of a secure claim, such holders acceptance or rejection of the Plan before modification will
    be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
    holders acceptance or rejection of the Plan within the time fixed.

3.  **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
    the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: April 23, 2026
JAN: dmc

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                     Case No. 25-11600-SLM

Joe A. Colon                                                                          Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                  Page 1 of 3

Date Rcvd: Apr 23, 2026                       Form ID: 185                          Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joe A. Colon, 12 Elmwood Avenue, Belleville, NJ 07109-2307 |
| 520555252 | | Thomas M. Murtha, Esq., Port Rec Ass., 140 Corp. Blvd., Norfolk, VA 23502 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 23 2026 21:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 23 2026 21:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520555222 | + | Email/Text: BankruptcyNotices@aafes.com | Apr 23 2026 21:39:00 | AAFES, ATTN: BANKRUPTCY, PO BOX 650060, DALLAS, TX 75265-0060 |
| 520555223 | + | Email/PDF: bncnotices@becket-lee.com | Apr 23 2026 21:41:21 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 520596551 | | Email/PDF: bncnotices@becket-lee.com | Apr 23 2026 21:41:08 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520555225 | ^ | MEBN | Apr 23 2026 21:31:52 | Apothaker Scian, P.C., 520 Fellowship Road, Suite C306, Mount Laurel, NJ 08054-3410 |
| 520555226 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Apr 23 2026 21:38:00 | BANK OF AMERICA, ATTN: BANKRUPTCY, 4909 SAVARESE CIRCLE, TAMPA, FL 33634-2413 |
| 520555228 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 23 2026 21:39:00 | BARCLAYS BANK DELAWARE, ATTN: BANKRUPTCY, 125 SOUTH WEST ST, WILMINGTON, DE 19801-5014 |
| 520555229 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 23 2026 21:41:31 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 520555230 | + | Email/Text: bankruptcy@cavps.com | Apr 23 2026 21:40:00 | CAVALRY PORTFOLIO SERVICES, ATTN: BANKRUPTCY, 500 SUMMIT LAKE DRIVE, SUITE 400, VAHALLA, NY 10595-2321 |
| 520555231 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 23 2026 21:41:08 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, P.O. 15298, WILMINGTON, DE 19850-5298 |
| 520555233 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 23 2026 21:41:34 | CITIBANK, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 520555234 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 23 2026 21:41:34 | CITIBANK/SEARS, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |

520555235    + Email/PDF: Citi.BNC.Correspondence@citi.com
                                                        Apr 23 2026 21:41:23    CITIBANK/THE HOME DEPOT, CITICORP CR
                                                                                SRVS/CENTRALIZED BANKRUPTCY, PO
                                                                                BOX 790040, ST LOUIS, MO 63179-0040

520555236    + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM
                                                        Apr 23 2026 21:39:00    COMENITY BANK/VICTORIA SECRET,
                                                                                ATTN: BANKRUPTCY, PO BOX 182125,
                                                                                COLUMBUS, OH 43218-2125

520555237    + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM
                                                        Apr 23 2026 21:39:00    COMENITY BANK/WAYFAIR, ATTN:
                                                                                BANKRUPTCY, PO BOX 182125, COLUMBUS,
                                                                                OH 43218-2125

520563058    + Email/Text: bankruptcy@cavps.com
                                                        Apr 23 2026 21:40:00    Cavalry SPV I, LLC, PO Box 4252, Greenwich,
                                                                                CT 06831-0405

520555238    + Email/Text: mrdiscen@discover.com
                                                        Apr 23 2026 21:38:00    DISCOVER FINANCIAL, ATTN:
                                                                                BANKRUPTCY, PO BOX 3025, NEW
                                                                                ALBANY, OH 43054-3025

520555242      Email/PDF: Citi.BNC.Correspondence@citi.com
                                                        Apr 23 2026 21:41:23    MACYS/FDSB, ATTN: BANKRUPTCY, 9111
                                                                                DUKE BOULEVARD, MASON, OH 45040

520555239    + Email/Text: nsm_bk_notices@mrcooper.com
                                                        Apr 23 2026 21:39:00    FLAGSTAR BANK, ATTN: BANKRUPTCY,
                                                                                5151 CORPORATE DRIVE, TROY, MI
                                                                                48098-2639

520660929    + Email/Text: nsm_bk_notices@mrcooper.com
                                                        Apr 23 2026 21:39:00    Flagstar Bank, N.A., c/o Nationstar Mortgage
                                                                                LLC, Mr. Cooper, Attn: Bankruptcy Department,
                                                                                P.O. Box 619096, Dallas, TX 75261-9096

520607624    + Email/Text: nsm_bk_notices@mrcooper.com
                                                        Apr 23 2026 21:39:00    Flagstar Bank, N.A., 5151 Corporate Drive, Troy,
                                                                                MI 48098-2639

520555240    ^  MEBN
                                                        Apr 23 2026 21:32:17    KML Law Group, P.C., 701 Market Street, Suite
                                                                                5000, Philadelphia, PA 19106-1541

520555241    + Email/PDF: AIS.cocard.ebn@aisinfo.com
                                                        Apr 23 2026 21:41:20    KOHLS/CAPITAL ONE, ATTN: CREDIT
                                                                                ADMINISTRATOR, PO BOX 3043,
                                                                                MILWAUKEE, WI 53201-3043

520555243    + Email/Text: bankruptcydpt@mcmcg.com
                                                        Apr 23 2026 21:40:00    MIDLAND FUNDING/MIDLAND CREDIT
                                                                                MGMT, ATTN: BANKRUPTCY, PO BOX
                                                                                939069, SAN DIEGO, CA 92193-9069

520627720    + Email/Text: bankruptcydpt@mcmcg.com
                                                        Apr 23 2026 21:40:00    Midland Credit Management, Inc., PO Box 2037,
                                                                                Warren, MI 48090-2037

520555244    + Email/Text: Bankruptcy@mjrf.com
                                                        Apr 23 2026 21:39:00    Mullolly, Jeffrey, Rooney & Flynn LLP, 6851
                                                                                Jericho Tpke, Suite 220, Syosset, NY 11791-4449

520674493      Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com
                                                        Apr 23 2026 21:38:00    New Jersey Turnpike Authority, Ramon de la
                                                                                Cruz, NJ Turnpike Authority, 1 Turnpike Plaza,
                                                                                P.O Box 5042, Woodbridge, NJ 07095

520555246      Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com
                                                        Apr 23 2026 21:41:33    PORTFOLIO RECOVERY ASSOCIATES, LLC,
                                                                                ATTN: BANKRUPTCY, 120 CORPORATE
                                                                                BOULEVARD, NORFOLK, VA 23502

520612018      Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com
                                                        Apr 23 2026 21:41:33    PORTFOLIO RECOVERY ASSOCIATES, LLC,
                                                                                POB 41067, Norfolk, VA 23541

520555247      Email/Text: signed.order@pfwattorneys.com
                                                        Apr 23 2026 21:38:00    Pressler, Felt & Warshaw, LLP, 7 Entin Rd.,
                                                                                Parsippany, NJ 07054

520555248    + Email/PDF: ais.sync.ebn@aisinfo.com
                                                        Apr 23 2026 21:41:07    SYNCHRONY BANK/AMAZON, ATTN:
                                                                                BANKRUPTCY, PO BOX 965060, ORLANDO,
                                                                                FL 32896-5060

520555249    + Email/PDF: ais.sync.ebn@aisinfo.com
                                                        Apr 23 2026 21:41:06    SYNCHRONY BANK/JEWLERY EXPRESS,
                                                                                ATTN: BANKRUPTCY, PO BOX 965060,
                                                                                ORLANDO, FL 32896-5060

520555250    + Email/PDF: ais.sync.ebn@aisinfo.com
                                                        Apr 23 2026 21:41:18    SYNCHRONY BANK/LOWES, ATTN:
                                                                                BANKRUPTCY, PO BOX 965060, ORLANDO,
                                                                                FL 32896-5060

| | | | |
|---|---|---|---|
| 520555251 | + Email/Text: bncmail@w-legal.com | Apr 23 2026 21:39:00 | TARGET NB, C/O FINANCIAL & RETAIL SERVICES, MAILSTOP BT PO BOX 9475, MINNEAPOLIS, MN 55440-9475 |
| 520555253 | + Email/Text: bkelectronicnotices@usaa.com | Apr 23 2026 21:38:00 | USAA FEDERAL SAVINGS BANK, ATTN: BANKRUPTCY, 9800 FREDERICKSBURG ROAD, SAN ANTONIO, TX 78288-0002 |
| 520555255 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 23 2026 21:41:20 | WALMART CREDIT SERVICES/CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |

TOTAL: 37

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520555224 | *+ | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 520555227 | *+ | BANK OF AMERICA, ATTN: BANKRUPTCY, 4909 SAVARESE CIRCLE, TAMPA, FL 33634-2413 |
| 520555232 | *+ | CHASE CARD SERVICES, ATTN: BANKRUPTCY, P.O. 15298, WILMINGTON, DE 19850-5298 |
| 520660930 | *+ | Flagstar Bank, N.A., c/o Nationstar Mortgage LLC, Mr. Cooper, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9096 |
| 520555245 | *+ | Mullolly, Jeffrey, Rooney & Flynn LLP, 6851 Jericho Tpke, Suite 220, Syosset, NY 11791-4449 |
| 520555254 | *+ | USAA FEDERAL SAVINGS BANK, ATTN: BANKRUPTCY, 9800 FREDERICKSBURG ROAD, SAN ANTONIO, TX 78288-0002 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor Flagstar Bank  NA bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Russell L. Low | on behalf of Debtor Joe A. Colon ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4