**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Chapter 13 Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**

IN RE:

  JOE A. COLON



**Order Filed on May 28, 2026**
**by Clerk,**
**U.S. Bankruptcy Court**
**District of New Jersey**

**Case No.:  25-11600SLM**

**Hearing Date:  5/27/2026**

**Judge:  STACEY L. MEISEL**

### INTERIM ORDER ON CONFIRMATION HEARING

   The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: May 28, 2026**

_Stacey L. Meisel_

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):   JOE A. COLON

Case No.:  25-11600SLM

Caption of Order:     INTERIM ORDER ON CONFIRMATION HEARING

THIS MATTER having been scheduled before the Court on 05/27/2026 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor must file a corrected amended Schedule I by 6/3/2026 or the case will be dismissed with no further hearing or notice to Debtor or Debtor's attorney; and it is further

- ORDERED, that the Debtor must provide the Trustee with current income verification from all sources, along with the start dates of same, by 6/3/2026 or the case will be dismissed with no further hearing or notice to Debtor or Debtor's attorney; and it is further

- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 6/10/2026 at 9:45 AM.