Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  25−11600−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Joe A. Colon
12 Elmwood Avenue
Belleville, NJ 07109

Social Security No.:
xxx−xx−6395

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 10, 2026.

Dated: June 10, 2026
JAN: ntp

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                              Case No. 25-11600-SLM

Joe A. Colon                                                        Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                              Page 1 of 3

Date Rcvd: Jun 10, 2026                       Form ID: plncf13                         Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joe A. Colon, 12 Elmwood Avenue, Belleville, NJ 07109-2307 |
| 520555252 | | Thomas M. Murtha, Esq., Port Rec Ass., 140 Corp. Blvd., Norfolk, VA 23502 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 10 2026 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 10 2026 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520555222 | + | Email/Text: BankruptcyNotices@aafes.com | Jun 10 2026 20:56:00 | AAFES, ATTN: BANKRUPTCY, PO BOX 650060, DALLAS, TX 75265-0060 |
| 520555223 | + | Email/PDF: bncnotices@becket-lee.com | Jun 10 2026 21:11:30 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 520596551 | | Email/PDF: bncnotices@becket-lee.com | Jun 10 2026 21:11:28 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520555225 | ^ | MEBN | Jun 10 2026 20:53:21 | Apothaker Scian, P.C., 520 Fellowship Road, Suite C306, Mount Laurel, NJ 08054-3410 |
| 520555226 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jun 10 2026 20:55:00 | BANK OF AMERICA, ATTN: BANKRUPTCY, 4909 SAVARESE CIRCLE, TAMPA, FL 33634-2413 |
| 520555228 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 10 2026 20:56:00 | BARCLAYS BANK DELAWARE, ATTN: BANKRUPTCY, 125 SOUTH WEST ST, WILMINGTON, DE 19801-5014 |
| 520555229 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 10 2026 21:11:29 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 520555230 | + | Email/Text: bankruptcy@cavps.com | Jun 10 2026 20:57:00 | CAVALRY PORTFOLIO SERVICES, ATTN: BANKRUPTCY, 500 SUMMIT LAKE DRIVE, SUITE 400, VAHALLA, NY 10595-2321 |
| 520555231 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 10 2026 21:11:40 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, P.O. 15298, WILMINGTON, DE 19850-5298 |
| 520555233 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 10 2026 21:12:02 | CITIBANK, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 520555234 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 10 2026 21:11:34 | CITIBANK/SEARS, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |

District/off: 0312-2                                      User: admin                                           Page 2 of 3

Date Rcvd: Jun 10, 2026                                  Form ID: plncf13                                      Total Noticed: 39

520555235        + Email/PDF: Citi.BNC.Correspondence@citi.com
                                                         Jun 10 2026 21:11:47        CITIBANK/THE HOME DEPOT, CITICORP CR
                                                                                     SRVS/CENTRALIZED BANKRUPTCY, PO
                                                                                     BOX 790040, ST LOUIS, MO 63179-0040

520555236        + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM
                                                         Jun 10 2026 20:56:00        COMENITY BANK/VICTORIA SECRET,
                                                                                     ATTN: BANKRUPTCY, PO BOX 182125,
                                                                                     COLUMBUS, OH 43218-2125

520555237        + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM
                                                         Jun 10 2026 20:56:00        COMENITY BANK/WAYFAIR, ATTN:
                                                                                     BANKRUPTCY, PO BOX 182125, COLUMBUS,
                                                                                     OH 43218-2125

520563058        + Email/Text: bankruptcy@cavps.com
                                                         Jun 10 2026 20:57:00        Cavalry SPV I, LLC, PO Box 4252, Greenwich,
                                                                                     CT 06831-0405

520555238        + Email/Text: mrdiscen@discover.com
                                                         Jun 10 2026 20:55:00        DISCOVER FINANCIAL, ATTN:
                                                                                     BANKRUPTCY, PO BOX 3025, NEW
                                                                                     ALBANY, OH 43054-3025

520555242          Email/PDF: Citi.BNC.Correspondence@citi.com
                                                         Jun 10 2026 21:12:02        MACYS/FDSB, ATTN: BANKRUPTCY, 9111
                                                                                     DUKE BOULEVARD, MASON, OH 45040

520555239        + Email/Text: nsm_bk_notices@mrcooper.com
                                                         Jun 10 2026 20:56:00        FLAGSTAR BANK, ATTN: BANKRUPTCY,
                                                                                     5151 CORPORATE DRIVE, TROY, MI
                                                                                     48098-2639

520660929        + Email/Text: nsm_bk_notices@mrcooper.com
                                                         Jun 10 2026 20:56:00        Flagstar Bank, N.A., c/o Nationstar Mortgage
                                                                                     LLC, Mr. Cooper, Attn: Bankruptcy Department,
                                                                                     P.O. Box 619096, Dallas, TX 75261-9096

520607624        + Email/Text: nsm_bk_notices@mrcooper.com
                                                         Jun 10 2026 20:56:00        Flagstar Bank, N.A., 5151 Corporate Drive, Troy,
                                                                                     MI 48098-2639

520555240        ^ MEBN
                                                         Jun 10 2026 20:54:28        KML Law Group, P.C., 701 Market Street, Suite
                                                                                     5000, Philadelphia, PA 19106-1541

520555241        + Email/PDF: AIS.cocard.ebn@aisinfo.com
                                                         Jun 10 2026 21:11:41        KOHLS/CAPITAL ONE, ATTN: CREDIT
                                                                                     ADMINISTRATOR, PO BOX 3043,
                                                                                     MILWAUKEE, WI 53201-3043

520555243        + Email/Text: bankruptcydpt@mcmcg.com
                                                         Jun 10 2026 20:57:00        MIDLAND FUNDING/MIDLAND CREDIT
                                                                                     MGMT, ATTN: BANKRUPTCY, PO BOX
                                                                                     939069, SAN DIEGO, CA 92193-9069

520627720        + Email/Text: bankruptcydpt@mcmcg.com
                                                         Jun 10 2026 20:57:00        Midland Credit Management, Inc., PO Box 2037,
                                                                                     Warren, MI 48090-2037

520555244        + Email/Text: Bankruptcy@mjrf.com
                                                         Jun 10 2026 20:56:00        Mullolly, Jeffrey, Rooney & Flynn LLP, 6851
                                                                                     Jericho Tpke, Suite 220, Syosset, NY 11791-4449

520674493          Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com
                                                         Jun 10 2026 20:55:00        New Jersey Turnpike Authority, Ramon de la
                                                                                     Cruz, NJ Turnpike Authority, 1 Turnpike Plaza,
                                                                                     P.O Box 5042, Woodbridge, NJ 07095

520555246          Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com
                                                         Jun 10 2026 21:11:43        PORTFOLIO RECOVERY ASSOCIATES, LLC,
                                                                                     ATTN: BANKRUPTCY, 120 CORPORATE
                                                                                     BOULEVARD, NORFOLK, VA 23502

520612018          Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com
                                                         Jun 10 2026 21:11:43        PORTFOLIO RECOVERY ASSOCIATES, LLC,
                                                                                     POB 41067, Norfolk, VA 23541

520555247        + Email/Text: signed.order@pfwattorneys.com
                                                         Jun 10 2026 20:55:00        Pressler, Felt & Warshaw, LLP, 7 Entin Rd.,
                                                                                     Parsippany, NJ 07054

520555248        + Email/PDF: ais.sync.ebn@aisinfo.com
                                                         Jun 10 2026 21:11:28        SYNCHRONY BANK/AMAZON, ATTN:
                                                                                     BANKRUPTCY, PO BOX 965060, ORLANDO,
                                                                                     FL 32896-5060

520555249        + Email/PDF: ais.sync.ebn@aisinfo.com
                                                         Jun 10 2026 21:11:27        SYNCHRONY BANK/JEWLERY EXPRESS,
                                                                                     ATTN: BANKRUPTCY, PO BOX 965060,
                                                                                     ORLANDO, FL 32896-5060

520555250        + Email/PDF: ais.sync.ebn@aisinfo.com
                                                         Jun 10 2026 21:11:40        SYNCHRONY BANK/LOWES, ATTN:
                                                                                     BANKRUPTCY, PO BOX 965060, ORLANDO,
                                                                                     FL 32896-5060

| | | | |
|---|---|---|---|
| 520555251 | + Email/Text: bncmail@w-legal.com | Jun 10 2026 20:56:00 | TARGET NB, C/O FINANCIAL & RETAIL SERVICES, MAILSTOP BT PO BOX 9475, MINNEAPOLIS, MN 55440-9475 |
| 520555253 | + Email/Text: bkelectronicnotices@usaa.com | Jun 10 2026 20:55:00 | USAA FEDERAL SAVINGS BANK, ATTN: BANKRUPTCY, 9800 FREDERICKSBURG ROAD, SAN ANTONIO, TX 78288-0002 |
| 520555255 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 10 2026 21:11:41 | WALMART CREDIT SERVICES/CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |

TOTAL: 37

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520555224 | *+ | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 520555227 | *+ | BANK OF AMERICA, ATTN: BANKRUPTCY, 4909 SAVARESE CIRCLE, TAMPA, FL 33634-2413 |
| 520555232 | *+ | CHASE CARD SERVICES, ATTN: BANKRUPTCY, P.O. 15298, WILMINGTON, DE 19850-5298 |
| 520660930 | *+ | Flagstar Bank, N.A., c/o Nationstar Mortgage LLC, Mr. Cooper, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9096 |
| 520555245 | *+ | Mullolly, Jeffrey, Rooney & Flynn LLP, 6851 Jericho Tpke, Suite 220, Syosset, NY 11791-4449 |
| 520555254 | *+ | USAA FEDERAL SAVINGS BANK, ATTN: BANKRUPTCY, 9800 FREDERICKSBURG ROAD, SAN ANTONIO, TX 78288-0002 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor Flagstar Bank  NA bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Russell L. Low | on behalf of Debtor Joe A. Colon ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4